AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whitley, James C. | Bankruptcy Court-WDNC | 10/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Bldg.
401 W. Trade Street
Charlotte, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 10/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Carolina Bar Association | 11/07/2015 - 11/08/2015 | Pinehurst, North Carolina | Attend State Bankruptcy Seminar | Meals, hotel, and transportation. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 10/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | CBF Agg Growth Fund | A | Dividend | K | T | Sold (part) | 06/09/15 | J | A | |
| 2. | CBF Agg Growth Fund | A | Dividend | K | T | Sold (part) | 06/09/15 | J | A | |
| 3. | ClearBridge Small Cap Fund f/k/a ClearBridge Sp. Inv. Tr. Class C | A | Dividend | K | T | | | | | |
| 4. | American Funds New Perspective Mutual Fund | B | Dividend | M | T | | | | | |
| 5. | American Funds Washington Mutual Funds | D | Dividend | M | T | | | | | |
| 6. | ▓▓▓▓▓▓▓ | F | Distribution | K | W | | | | | |
| 7. | RBC Money Market Sweep Account | A | Interest | K | T | | | | | |
| 8. | RBC Money Market Sweep Account | A | Interest | L | T | | | | | |
| 9. | RBC Money Market Sweep Account | A | Interest | K | T | | | | | |
| 10. | Belmont Federal Savings & Loan Account | A | Interest | K | T | | | | | |
| 11. | American FundsTempleton Dev Mkt Foreign Mutual Fund | A | Dividend | J | T | | | | | |
| 12. | American Funds Washington Mutual Funds | B | Dividend | K | T | Buy | 11/10/15 | K | | |
| 13. | American Funds Growth Fund of America Mutual Fund | D | Dividend | M | T | Buy | 12/23/15 | J | | |
| 14. | Black Rock US Opp Class C | B | Dividend | | | Sold | 11/10/15 | K | | |
| 15. | American Funds New Perspective Mutual Fund | A | Dividend | J | T | | | | | |
| 16. | Royce Total Return Fund, a/ka/ Royce FD | D | Dividend | | | Sold | 12/08/15 | L | B | |
| 17. | Europac Growth Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Am Fr Fund Class A | B | Dividend | K | T | | | | | |
| 19. Wells Fargo f/k/a Wachovia Bank Various Accounts | A | Interest | L | T | | | | | |
| 20. American Funds Money Market Fund | A | Dividend | L | T | Buy | 11/10/15 | L | | |
| 21. American Funds U.S. Government Money Market Fund | A | Dividend | L | T | Buy | 11/10/15 | L | | |
| 22. Invesco AIM Investments European Growth Fund Class A (X) | A | Dividend | J | T | | | | | |
| 23. American Funds Capital World Bond Fund (X) | B | Dividend | | | Sold | 11/10/15 | L | | |
| 24. American Funds Investment Co of America Class A (X) | B | Dividend | L | T | | | | | |
| 25. Goldman Sachs Bank CD (X) | A | Interest | J | T | | | | | |
| 26. Union Bank NA CD (X) | A | Interest | K | T | | | | | |
| 27. Estate 1: | | | | | | | | | |
| 28. Belmont Federal Various Accounts | A | Interest | L | T | | | | | |
| 29. Spectra Energy | A | Dividend | J | T | | | | | |
| 30. TRUST 1: | | | | | | | | | |
| 31. Residential Lot #1, Gaston County, NC | | None | M | W | | | | | |
| 32. Residential Lot #2, Gaston County, NC | | None | K | W | | | | | |
| 33. Residential Lot #3, Gaston County, NC | | None | K | W | | | | | |
| 34. Residential Lot #4, Gaston County, NC | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 10/24/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Residential Lot #5, Gaston County, NC | | None | J | W | | | | | |
| 36. Residential Lot #6, Gaston County, NC | | None | J | W | | | | | |
| 37. Residential Lot #7 (1/2 Interest) Gaston County, NC | | None | K | W | | | | | |
| 38. Residential Lot #8 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 39. Residential Lot #9 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 40. Residential Lot #10 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 41. Residential Lot #11 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 42. Residential Lot #12 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 43. Belmont Federal Various Accounts | A | Interest | L | T | | | | | |
| 44. RBC Money Market Sweep Acct | A | Interest | L | T | | | | | |
| 45. Invesco AIM Investments European Growth Fund Class A | | None | | | Distributed | 01/02/15 | K | | |
| 46. American Funds Capital World Bond Fund Class A | | None | | | Distributed | 01/02/15 | M | | |
| 47. American Funds Europacific Growth Fund Class A | | None | | | Distributed | 01/02/15 | K | | |
| 48. American Funds Growth Fund of America Class A | | None | | | Distributed | 01/02/15 | M | | |
| 49. American Funds Investment Co of America Class A | | None | | | Distributed | 01/02/15 | M | | |
| 50. Goldman Sachs Bank CD | | None | | | Distributed | 01/02/15 | K | | |
| 51. Union Bank NA CD | | None | | | Distributed | 01/02/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - #45 - 51, In kind distribution of trust assets to beneficiaries. Receipt of 50% of some of those assets by reportee as a beneficiary is reflected in new reported assets (X), others simply augment amount of preexisting individual holdings of reportee in same funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James C. Whitley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544